IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL R. LITTLE, et al.,** | : | |
| Plaintiffs | : | CIVIL NO. 1:14-CV-00953 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **B. MOTTERN, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 2nd day of September, 2015, upon consideration of Plaintiff Milhouse's motion for leave to proceed in forma pauperis and motion for emergency injunction (Doc. Nos. 18, 110), and for the reasons given in the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1) The motions (Doc. No. 18, 110) are **DENIED**;

2) Plaintiff Milhouse's claims are hereby **DISMISSED** for failure to pay the filing fee;

3) In accordance with this court's prior order (Doc. No. 79), Defendants may answer or otherwise respond to the Third Amended Complaint (Doc. No. 35) within thirty (30) days of the date of this ruling.

\_\_\_\_s/ Yvette Kane_____
YVETTE KANE, District Judge
Middle District of Pennsylvania