UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

MICHAEL L. LITTLE, et al.,       :
                                 :
    Plaintiffs              :   No. 1:14-CV-00953
                                 :
  vs.                          :   (Judge Kane)
                                 :
B. MOTTERN, et al.,              :
                                 :
    Defendants              :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

1. Little's motion for temporary restraining order and/or for preliminary injunction (Doc. 67) is denied.

2. Little's so-called "Motion Requesting All [of] Little's Exhibits" (Doc. 68) is denied.

                      S/ Yvette Kane
                      Yvette Kane
                      United States District Judge

Date: October 13, 2015