UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL L. LITTLE, et al.,** :
:
      Plaintiffs : No. 1:14-CV-00953
:
  vs. : (Judge Kane)
:
**B. MOTTERN, et al.,** :
:
      Defendants :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Little's motion entitled "Supplemental Motion for Emergency Preliminary Injunctive Relief" (Doc. 82) is denied.

                       S/ Yvette Kane
                       Yvette Kane
                       United States District Judge

Date: October 13, 2015