```
                UNITED STATES DISTRICT COURT
                        FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA
```

**MICHAEL L. LITTLE, et al.,**     :
                              :
       Plaintiffs          :   No. 1:14-CV-00953
                              :
   vs.                     :   (Judge Kane)
                              :
**B. MOTTERN, et al.,**     :
                              :
       Defendants       :

## ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT:**

**1.** Little's documents purporting to be a request for the production of a document and a surveillance tape (Doc. 133) and a request for admissions (Doc. 136) are stricken from the record.

2. The Clerk of Court shall delete Docs. 133 and 136 from the docket.

3. Little's motion for change of venue (Doc. 134) is denied.

4. Little's motion for reconsideration (Doc. 137) is denied.

                                      S/ Yvette Kane
                                      Yvette Kane
                                      United States District Judge

Date: November 23, 2015