UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

**MICHAEL L. LITTLE, et al.,** :
:
    Plaintiffs : No. 1:14-CV-00953
:
  vs. : (Judge Kane)
:
**B. MOTTERN, et al.,** :
:
    Defendants :

### ORDER

In accordance with the accompanying memorandum, **IT IS HEREBY ORDERED THAT** Little's document purporting to be a set of interrogatories (Doc. 132) is stricken from the record. The Clerk of Court shall delete the filing (Doc. 132) from the docket. This order is entered without prejudice to Little's right to file a motion to compel discovery which fully complies with the Local Rules of Court. However, because there is a pending motion to dismiss filed by Defendants raising, inter alia, an issue of failure to exhaust administrative remedies, discovery will be stayed until the court rules on that motion. **IT IS FURTHER ORDERED THAT** Little shall file a brief in opposition to that pending motion to dismiss (Doc. 120) the third amended complaint (Doc. 35) on or before December 4, 2015. Failure to file an opposition brief shall result in Little's third amended complaint being

dismissed for failure to prosecute and abide by a court order. Stackhouse v. Mazurkiewicz, 951 F.2d 29, 30 (3d Cir. 1991).

        S/ Yvette Kane
        Yvette Kane
        United States District Judge

Date: November 24, 2015