**UNITED STATES DISTRICT COURT**
**FOR THE**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MICHAEL L. LITTLE, et al.,** | : | |
| Plaintiffs | : | No. 1:14-CV-00953 |
| vs. | : | (Judge Kane) |
| **B. MOTTERN, et al.,** | : | |
| Defendants | : | |

## ORDER

**AND NOW,** on this 7th day of March 2017, in accordance with the accompanying memorandum, **IT IS ORDERED THAT** Little's motion entitled "Motion for Injunction" (Doc. No. 156), is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania