# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MICHAEL R. LITTLE, et al., | : | |
|     Plaintiffs | : | |
| | : | No. 1:14-cv-00953 |
| v. | : | |
| | : | (Judge Kane) |
| B. MOTTERN, et al., | : | |
|     Defendants | : | |

## ORDER

**AND NOW**, on this 26th day of April 2018, in accordance with the accompanying Memorandum, **IT IS ORDERED THAT**:

1. Milhouse's motion for relief pursuant to Federal Rule of Civil Procedure 60(b)(1), (2), (3) and (6) (Doc. No. 231), is **DENIED**; and

2. Milhouse's motion pursuant to Federal Rule of Civil Procedure 60(b)(6) (Doc. No. 234), is **DENIED**.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
